UNITED STATES of America,
Plaintiff—Appellee,

v.

Tyrees Coloza WHITEHEAD,
Defendant—Appellant.

No. 09–6246.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 26, 2009.

Decided: April 8, 2009.

Robert James Wagner, Assistant Federal Public Defender, Richmond, Virginia, for Appellant. Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrees Coloza Whitehead appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Whitehead,* No. 3:90–cr–00112–JRS–1 (E.D.Va. Jan. 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*